IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**LISA R. MURPHY**                                                                                                **PLAINTIFF**
**ADC #760343**

v.                                      Case No. 1:14-cv-00066 KGB

**CHERIS ENGLER**                                                                                               **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court dismisses without prejudice plaintiff Lisa R. Murphy's complaint for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's Order.

2. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE