IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**LISA R. MURPHY** **PLAINTIFF**
**ADC #760343**

v. Case No. 1:14-cv-00066 KGB

**CHERIS ENGLER** **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 20th day of May, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE